**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **S. M., on behalf of themselves and as parent/guardian/next friend of S.M., a minor student with disabilities, J. M. on behalf of themself and as parent/guardian/next friend of S.M., a minor student with disabilities,** | § § § § § § § § | |
| **Plaintiffs,** | § § § | **CASE NO. 6:21-CV-1305-ADA-DNM** |
| **v.** | § § | |
| **Texas Education Agency,** | § § § | |
| **Defendant.** | § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan MacLemore. Dkt. 55. Judge MacLemore recommends that this Court **GRANT** Defendant Texas Education Agency's motion to dismiss (Dkt. 12). *Id.* at 1, 5. The report was filed on April 6, 2026. This Court hereby adopts Judge MacLemore's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on April 21, 2026. Dkt. 56. Defendant filed a Response to Plaintiffs' Objections on May 4, 2026. Dkt. 57. The Court has conducted *de novo* review of the

Report and Recommendation (Dkt. 55), Plaintiff's objections (Dkt. 56), Defendant's Response (Dkt. 57), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 55) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Objections (Dkt. 56) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Dkt. 12) is hereby **GRANTED** and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE.**

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 12th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE